Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

| | |
|---|---|
| IN RE: | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| AUTREY REYNOLDS,<br>Debtor | Case No.:  25-11936 VFP |

### NOTICE OF RESERVE ON CLAIM

Creditor: TLOA OF NJ LLC
Trustee Claim #: 44
Court Claim #:
Claimed Amount: $4,373.38
Date Claim Filed: **UNFILED**

Please be advised that a reserve has been placed on the above named claim for the following reason:

- The above debt was contained in debtor(s) plan and Trustee has set up with reserve for this creditor until a proof of claim is filed with the Court.  In the event a proof of claim is not filed within sixty (60) days of this notice, the reserve will be removed and money will be disbursed to other creditors.  In the event that a proof of claim is filed at a later date, the Trustee will NOT seek refunds from creditors that received disbursements in the interim.

Dated: November 06, 2025

By: /S/  Marie-Ann Greenberg
Chapter 13 Standing Trustee

AUTREY REYNOLDS
515 ARGYLE AVENUE
ORANGE, NJ    07050

GOLDMAN & BESLOW, LLC
ATTORNEYS AT LAW
7 GLENWOOD AVE, SUITE 311B
EAST ORANGE, NJ    07017

TLOA OF NJ LLC
11 TALCOTT NOTCH ROAD
2ND FLOOR
FARMINGTON, CT    06032